ORIGINAL

SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 02 2025

at ___ o'clock and 45 min. P M
Lucy H. Carrillo, Clerk

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WYLIE L. HURD,        (01)<br>LAURA M. SEXTON,   (02)<br><br>Defendants. | CASE. NO. CR25-00101 SASP<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(A), and 846] |

INDICTMENT

The Grand Jury charges:

Count 1
Conspiracy to Distribute a Controlled Substance
(21 U.S.C. § 846)

From a precise date unknown, but by at least sometime in October 2020 and continuing to on or about October 19, 2020, within the District of Hawaii and elsewhere, WYLIE L. HURD and LAURA M. SEXTON, the defendants and knowingly and intentionally conspired with each other and others known and unknown to the Grand Jury to distribute and to possess with intent to distribute a controlled substance, namely 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

Count 2
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about October 15, 2020, within the District of Hawaii and elsewhere, WYLIE L. HURD and LAURA M. SEXTON, the defendants, did knowingly and intentionally distribute a controlled substance, namely 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance seized from a parcel addressed to a street address in Kapa'a, Hawaii.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Count 3
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about October 15, 2020, within the District of Hawaii and elsewhere, WYLIE L. HURD and LAURA M. SEXTON, the defendants, did knowingly and intentionally distribute a controlled substance, namely 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance seized from a parcel addressed to a P.O. Box in Kilauea, HI.

//

//

//

//

//

//

//

//

//

//

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

DATED:   October 2, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

_/s/ Kim Sorenson_
KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

_/s/ T. Muehleck_
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Wylie Larue Hurd, et al.
Indictment
Cr. No. CR25-00101 SASP