UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE
DISTRICT OF HAWAII
**PASSPORT RECEIPT**

RE:                                 Sexton, Laura

Year of Birth:                  1983

Place of Birth:                 California

Case Number:               1:25CR00101

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 30, 2025 3:10 PM
Lucy H.Carrillo, Clerk of Court

**COURT ORDER** entered on  October 22, 2025

☒ **United States Passport**
Passport Number (*A50756019*)
to the custody of the U.S. Probation and Pretrial Services Office on  October 30, 2025.

☐ **Foreign Passport** *(Enter Country)*
Passport Number *Enter Number*
to the custody of the U.S. Probation and Pretrial Services Office on  *Enter Date*.

☐ Other _____to the custody of the U.S. Probation and Pretrial
Services Office on  Enter Date.

*Received via defense attorney

*Client's Signature*                                    *Officer's Signature*

**PASSPORT RETURN**

This will acknowledge receipt of Passport Number _____
and/or Other_____previously surrendered to the U.S. Probation
and Pretrial Services Office pursuant to a prior Court Order.

Date Returned: _____          Recipient's Signature: _____

*FOR USPPSO AGENCY USE ONLY*

Logged IN Passport Log                                          Logged OUT Passport Log

_____ 10/30/2025 _____          _____
Passport Guardian Signature and Date                      Passport Guardian Signature and Date

| PURPOSE RETURNED | RETURNED TO | MAILED BY |
|---|---|---|
| ☐ Travel per Court Order | ☐ Defendant | ☐ Certified Mail |
| ☐ Incarcerated | ☐ U.S. State Department | ☐ FedEx |
| ☐ Not Convicted | ☐ ICE-ERO/Foreign Consulate | ☐ Other |
| ☐ Other | ☐ Other | |

USPPSO-HI(3/2025)